IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DAVID R. FROHWERK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:11-CV-57 |
| ) | |
| SUPERINTENDENT, WESTVILLE ) | |
| CORRECTIONAL FACILITY, ) | |
| ) | |
| Respondent. ) | |

## OPINION AND ORDER

This matter is before the Court on the Motion for Appointment of Pauper Counsel, filed by David R. Frohwerk on June 13, 2011. Appointing counsel for *pro se* petitioners in habeas corpus cases is necessary only in the most extraordinary circumstances, where "given the difficulty of the case and the litigant's ability, [Petitioner] could not obtain justice without an attorney." *Winsett v. Washington*, 130 F.3d 269, 281 (7th Cir. 1997). This Petitioner's claims are not extraordinary or complex, and he has not demonstrated any inability to research and adequately present his claims. The issues and arguments are already framed by the state court proceedings, which will be reviewed by this Court. Accordingly, the motion is **DENIED**.

DATED: July 21, 2011                         /S/RUDY LOZANO, Judge
                                             **United States District Court**